UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **JACKIE GRANT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06CV61 JCH |
| **TINA SMITH,** | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 15th day of December, 2006.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**